
FILED
CHARLOTTE, NC
MAY 17 2011
US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> MARTIN FITZGERALD HOPKINS ) <br> ) | DOCKET NO. 3:11cr 145-RJC <br><br> **ORDER TO SEAL** <br> **INDICTMENT** |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Indictment, Arrest Warrant, Motion to Seal, and any Order issued pursuant thereto be sealed to protect the secrecy of the indictment and ensure officer safety during execution of the arrest warrant until further Order of this Court,

IT IS HEREBY ORDERED that the Indictment, Arrest Warrant, Motion to Seal, and this Order be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 17 day of May, 2011.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE